**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

**No. 11-7675**

UNITED STATES OF AMERICA,

                Plaintiff - Appellee,

        v.

LAWRENCE FRANKLIN DALEY, a/k/a Born,

                Defendant - Appellant.

Appeal from the United States District Court for the Eastern District of Virginia, at Norfolk.  Rebecca Beach Smith, Chief District Judge.  (2:99-cr-00183-RBS-1)

Submitted:  March 29, 2012          Decided:  April 3, 2012

Before WILKINSON, KING, and KEENAN, Circuit Judges.

Affirmed by unpublished per curiam opinion.

Lawrence Franklin Daley, Appellant Pro Se.  Darryl James Mitchell, Assistant United States Attorney, Norfolk, Virginia, for Appellee.

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Lawrence Franklin Daley appeals the district court's order denying his motion for a reduction of sentence under 18 U.S.C. § 3582(c)(2) (2006). We have reviewed the record and find no reversible error. Accordingly, we affirm for the reasons stated by the district court. United States v. Daley, No. 2:99-cr-00183-RBS-1 (E.D. Va. filed Nov. 30, 2011 & entered Dec. 1, 2011). We deny Daley's motion for appointment of counsel and dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED